MAX REIBEISEN, Appellant, *v.* NEW YORK LIFE INSURANCE COMPANY, Respondent.

Submitted April 12, 1948; decided April 22, 1948.

*Conrad Lipton, Milton S. Marks* and *Sidney S. Miller* for motion.

*John G. Duport, Philip J. Lynch* and *Dudley Davis* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.